Name & Address:
James Juo (State Bar No. 193852)
Fulwider Patton LLP
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone: (310) 824-5555

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOOST WORLDWIDE, INC., <br><br> PLAINTIFF(S) <br> v. <br><br> A-1 WIRELESS WEB <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV12-02831 GAF (PLAx) <br><br> SUMMONS |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _James Juo_____, whose address is _Fulwider Patton LLP, 6060 Center Drive, Tenth Floor, Los Angeles, CA 90045_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: MAR 3 0 2012

Clerk, U.S. District Court

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)  SUMMONS